IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | |
|---|---|
| CAROL TEDDER and ) | |
| CHRIS TEDDER, ) | |
|    PLAINTIFFS, ) | |
| vs. ) | CIVIL ACTION NO. 3:06cv967-MHT |
| LIBERTY MUTUAL INSURANCE ) | |
| COMPANY and ) | |
| EMERSON SCOTT LUSANE, ) | |
|    DEFENDANTS. ) | |

**MOTION TO REMAND**

    Plaintiffs Carol Tedder and Chris Tedder, pursuant to U.S.C. Section 1447(c), requests the Court to remand this action on the following grounds:

1. This is not an action arising under the constitution, laws, or treaties of the United States, 28 U.S.C. 1331.

2. The amount in controversy does not exceed the sum or value of $75,000.00, exclusive of interest and costs.

3. The automobile accident occurred in Russell County, Alabama.

4. This Court lacks subject matter jurisdiction and this action is not one for which removal is provided by 28 U.S.C. 1441(a).

    WHEREFORE, the Plaintiffs move this Honorable Court to remand this cause to the Circuit Court of Russell County, Alabama. The Plaintiffs submit herewith its' brief in support of this Motion to Remand.

Respectfully submitted this 7th day of November, 2006.

                                                s/ Clifton F. Hastings
                                       Clifton F. Hastings (HAS014)
                                       Attorney for Plaintiffs
                                       **CERVERA, RALPH & REEVES, LLC**
                                       914 South Brundidge Street
                                       P. O. Box 325
                                       Troy, Alabama 36081
                                       (334) 566-0116
                                       (334) 566-4073 (fax)
                                       chastings@troycable.net

## **CERTIFICATE OF SERVICE**

     I hereby certify a copy of the foregoing Motion to Remand has been electronically served upon the following on the 7th day of November, 2006 by CM/ECF:

Brian Mosholder
John C. Deshazo
Carpenter, Ingram & Mosholder, LLP
303 Sterling Centre
4121 Carmichael Road
Montgomery, Alabama 36106

                                                s/ Clifton F. Hastings
                                                Clifton F. Hastings