IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

```
CAROL TEDDER and            )
CHRIS TEDDER,               )
                            )
     Plaintiffs,            )
                            )       CIVIL ACTION NO.
     v.                     )          3:06cv967-MHT
                            )
LIBERTY MUTUAL INSURANCE    )
COMPANY and EMERSON SCOTT   )
LUSANE,                     )
                            )
     Defendants.            )
```

ORDER

It is ORDERED that the motion to remand (doc. no. 3) is set for submission, without oral argument, on November 17, 2006, with all briefs due by said date.

DONE, this the 8th day of November, 2006.

                         /s/ Myron H. Thompson
                    UNITED STATES DISTRICT JUDGE