IN THE UNITED STATES DISTRICT COURT FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | |  |
|---|---|---|
| CAROL TEDDER and | ) | |
| CHRIS TEDDER, | ) | |
| PLAINTIFFS, | ) | |
| vs. | ) | Case No.: 3:06cv967-MHT |
| LIBERTY MUTUAL INSURANCE | ) | |
| COMPANY and | ) | |
| EMERSON SCOTT LUSANE, | ) | |
| DEFENDANTS. | ) | |

## MOTION FOR DEFAULT JUDGMENT

## AGAINST DEFENDANT EMERSON SCOTT LUSANE

Plaintiffs request this honorable Court to enter a Default Judgment against Defendant Emerson Scott Lusane in the above styled case and in support of this request, Plaintiffs state as follows:

On August 24, 2006, Plaintiffs Carol Tedder and Chris Tedder filed a Complaint against Liberty Mutual Fire Insurance Company in the Circuit Court of Russell County, Alabama and on August 28, 2006, the Plaintiffs filed an Amended Complaint adding Emerson Scott Lusane as an additional Defendant.

The Summons and Complaint was served upon Defendant Emerson Scott

-1-

Lusane on the 11th day of October, 2006. Defendant Lusane has not filed an Answer or other responsive pleading to the Complaint. Furthermore, Defendant Lusane has failed to make any communication with the Plaintiffs in regards to the Complaint.

The Plaintiffs request the Court to enter default judgment in the amount of $25,000.00 for medical expenses, damages, attorneys' fees, and all other amounts the Court deems appropriate in the aforementioned matter.

Respectfully submitted this 16th day of November, 2006.

        s/ Clifton F. Hastings
Clifton F. Hastings (HAS014)
Attorney for Plaintiffs
**CERVERA, RALPH & REEVES, LLC**
914 South Brundidge Street
P. O. Box 325
Troy, Alabama 36081
(334) 566-0116
(334) 566-4073 (fax)
chastings@troycable.net

## **CERTIFICATE OF SERVICE**

      I hereby certify a copy of the foregoing Motion for Default Judgement has been electronically served upon the following on the 16th day of November, 2006 by CM/ECF:

Brian Mosholder
John C. Deshazo
Carpenter, Ingram & Mosholder, LLP
303 Sterling Centre
4121 Carmichael Road
Montgomery, Alabama 36106


      and I certify a copy of the foregoing Motion for Default Judgement has been electronically served upon the following on the 16th day of November, 2006 by United States Postal Service:

Emerson Scott Lusane
5012 Stone Park Drive
Columbus, Georgia 31909

                                                         s/ Clifton F. Hastings
                                                         Clifton F. Hastings