IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | | |
|---|---|---|
| CAROL TEDDER and<br>CHRIS TEDDER,<br><br>    Plaintiffs,<br><br>    v.<br><br>LIBERTY MUTUAL INSURANCE<br>COMPANY and EMERSON SCOTT<br>LUSANE,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | CIVIL ACTION NO.<br>3:06cv967-MHT |

### ORDER

Upon consideration of the motion for default judgment (doc. no. 6), it is ORDERED that defendant Emerson Scott Lusane show cause, if any there be, in writing by December 8, 2006, as to why said motion should not be granted. Defendant Lusane is informed that if he fails to respond within the time allowed, the court will grant the motion and enter judgment against him in the amount requested.

DONE, this the 17th day of November, 2006.

                                    /s/ Myron H. Thompson
                              **UNITED STATES DISTRICT JUDGE**