IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| CAROL TEDDER and<br>CHRIS TEDDER,<br><br>    Plaintiffs,<br><br>v.<br><br>LIBERTY MUTUAL FIRE INSURANCE<br>COMPANY, et al.,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>) CASE NO:3:06cv967-MHT<br>)<br>)<br>)<br>)<br>) |

**DEFENDANT LIBERTY MUTUAL INSURANCE COMPANY'S BRIEF IN RESPONSE TO PLAINTIFF'S BRIEF IN SUPPORT OF MOTION TO REMAND**

Comes now the defendant, Liberty Mutual Fire Insurance Company, (hereinafter referred to as Liberty Mutual) by and through their undersigned counsel of record and submits the following brief in response to plaintiff's Motion to Remand.

**STATEMENT OF FACTS**

This cause of action arises from an automobile accident which occurred on or about April 11, 2006 in Russell County, Alabama. Plaintiff, Carol Tedder, asserts claims that she suffered bodily injury as a result of said accident. Plaintiff, Chris Tedder, has asserted a claim for loss of consortium as a result of this accident.

Plaintiffs filed an action against Liberty Mutual on or about August 28, 2006, seeking recovery under plaintiffs' uninsured/underinsured motorist coverage with Liberty Mutual. Plaintiffs also made claims asserting bad faith allegations against Liberty Mutual in their original Complaint. Plaintiffs filed their First Amended Complaint on or about September 22, 2006, naming defendant Emerson Scott Lusane as a party and alleged negligence,

wantonness and loss of consortium claims against defendant Lusane. Defendant Liberty Mutual removed this case from state court pursuant to 28 U.S.C. § 1332 (a) on October 26, 2006.

Plaintiffs are residents of the state of Alabama. Defendant Liberty Mutual is a Massachusetts corporation with its principal place of business in Massachusetts. Defendant Lusane is a resident of the state of Georgia.

In their original complaint, plaintiffs specifically requested damages against Liberty Mutual in the amount of $74,000.00 for the alleged bad faith, uninsured/underinsured motorist benefits and loss of consortium. In the First Amended Complaint, plaintiff requested unspecified damages against the defendants for negligence, wantonness and loss of consortium. Plaintiffs filed a motion for Default Judgment with this Court on November 16, 2006. Plaintiffs have requested a default in the amount of $25,000 against defendant Lusane.

## APPLICABLE LAW AND ARGUMENT

It is clear that diversity exists between all plaintiffs and all defendants. Therefore, the only issue before the Court is whether the amount of controversy exceeds $75,000.00, exclusive of interest and costs. In their original complaint, plaintiffs made a specified claim for damages against defendant Liberty Mutual in the amount of $74,000.00. This Court has held that, "A plaintiff should not be allowed to deprive a defendant of his right to remove through artful pleading practices." *Steele v. Underwriters Adjusting Co.*, 649 F. Supp. 1414 (1986). It is clear this Court was trying to protect foreign defendants from being hauled into state court by attorneys who craftfully plead damages just under the $75,000.00 threshold.

In their First Amended Complaint, plaintiffs request unspecified damages against both defendants. When plaintiffs make an unspecified claim for damages, the removing party need only show by a preponderance of the evidence that the amount in controversy exceeds the jurisdictional limits of this Court for purposes of diversity jurisdiction. *Tapscott v. MS Dealer Service Corp.,* 77 F. 3rd 1353, 1359 (11th Circuit, 1996). Based upon the damages sought by the plaintiffs, it seems very likely the total amount in controversy exceeds $75,000.00, exclusive of interest and costs.

Since filing their Motion to Remand, plaintiffs filed a Motion for Default Judgment against defendant Emerson Scott Lusane. Based on the fact the Motion for Default Judgment was filed by the plaintiffs in this Court, plaintiffs have subjected themselves to the jurisdiction of this Court and their Motion to Remand should not be granted. On one hand, the plaintiffs argue this Court does not have jurisdiction, while on the other hand, plaintiffs are requesting this Court enter a default judgment against defendant Lusane. This consent to jurisdiction makes the plaintiffs' Motion to Remand moot as they have submitted themselves to the jurisdiction of this Court by requesting a default judgment be taken against defendant Lusane.

Further, given the fact plaintiffs have requested a default judgment in the amount of $25,000.00 against defendant Lusane, along with the previously requested damages against Liberty Mutual in the amount of $74,000.00, the plaintiffs are seeking $99,000.00 in damages, exclusive of interest and costs. This is clearly in excess of the $75,000.00 amount in controversy requirement and is evidence this Court has jurisdiction in this case.

## CONCLUSION

Based upon the fact that there is complete diversity and the amount in controversy

exceeds $75,000.00, defendant Liberty Mutual respectfully requests the Court deny plaintiff's Motion to Remand and assert jurisdiction over this case as allowed by 28 U.S.C. § 1332 (a).

Respectfully submitted this 17th day of November, 2006.

       /s/John C. Deshazo
BRIAN T. MOSHOLDER (MOS-018)
JOHN C. DESHAZO (DES-007)
Attorneys for Defendant

OF COUNSEL:
Carpenter, Ingram & Mosholder, LLP
303 Sterling Centre
4121 Carmichael Road
Montgomery, AL 36106
Telephone: (334) 213-5600

CERTIFICATE OF SERVICE

     I hereby certify that a copy of the foregoing Brief in Response to Plaintiff's Brief in Support of Motion to Remand has been electronically served upon the following on the 17th day of November, 2006.

Cliff Hastings, Esq;
Cervera, Ralph & Butts
Post Office Box 325
Troy, AL 36081

     and I certify that a copy of the above and foregoing was served on the below listed by placing a copy of the same in the U.S. Mail, postage prepaid, and properly addressed this 17th day of November, 2006.

Emerson Scott Lusane
5012 Stone Park Drive
Columbus, GA 31909-0000

                                          /s/ John C. DeShazo  
                                  ATTORNEY FOR DEFENDANT

Z:\6827\Pleadings\DefBriefInResp11.17.06.gt.wpd